UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV13-1211-CAS(DTBx) | | Date | June 26, 2013 |
|---|---|---|---|---|
| Title | *BANK OF AMERICA, N.A.; ET AL. v. SUNSHINE DAYDREAM, LLC; ET AL.* | | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Not Present   Not Present

**Proceedings:**   (IN CHAMBERS) - ORDER TO SHOW CAUSE

The Court is in receipt of the Declaration of Casey Z. Donoyan in Response to Order to Show Cause Why Case Should Not be Dismissed as to Defendants Sunshine Daydream, LLC; Armen Abroyan and Vega Solutions, LLC filed June 6, 2013. The Court grants an extension of time within which to serve defendant ARMEN ABROYAN, and extends its Order to Show Cause, as to defendant ARMEN ABROYAN, for approximately forty-five (45) days.

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **August 12, 2013** why this action should not be dismissed for lack of prosecution **as to defendant ARMEN ABROYAN, only.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1)   Proof of service of summons and complaint on **defendant ARMEN ABROYAN**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |