Andrew K. Alper (State Bar No. 088876)
  aalper@frandzel.com
Casey Z. Donoyan (State Bar No. 224945)
  cdonoyan@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 Wilshire Boulevard
Seventeenth Floor
Los Angeles, California  90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

JS-6

Attorneys for BANK OF AMERICA,
N. A. and COMERICA BANK

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association; and COMERICA BANK, a Texas corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SUNSHINE DAYDREAM, LLC, ARMEN ARBROYAN, LASALLE INTERNATIONAL HOLDINGS GROUP, INC. fka LASALLE INTERNATIONAL, INC., a California corporation dba GOLDAMERA and GOLDAMERA INTERNATIONAL; VEGA SOLUTIONS, LLC, a Delaware Limited Liability company, and DOES 1 through 100, Inclusive,<br><br>    Defendant. | CASE No. 2:13-cv-01211-CAS-DTB<br>Judge:  Christina A. Snyder<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

The parties having so stipulated, and good cause appearing therefore, it is

**ORDERED** that the Complaint of Plaintiffs BANK OF AMERICA, N.A., a national banking association and COMERICA BANK, a Texas corporation against Defendants LASALLE INTERNATIONAL HOLDINGS GROUP, INC. fka LASALLE INTERNATIONAL, INC., a California corporation dba GOLDAMERA and GOLDAMERA INTERNATIONAL shall be dismissed <u>without prejudice</u> pursuant to FRCP 41(a)(1)(A)(ii), and that each party is to bear his or its own

attorneys' fees, costs and expenses. Since all other Defendants were not served, the Complaint is dismissed without prejudice.

DATED:  March 11, 2014

*/s/ Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT JUDGE

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

1418439.1 | 055530-0070

2

ORDER DISMISSING ACTION WITHOUT PREJUDICE